**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6721**

---

DUNCAN VICTOR AYEMERE IDOKOGI,

                              Petitioner - Appellant,

    versus

JOHN ASHCROFT, Attorney General of the United
States; J. JOSEPH CURRAN, JR., Maryland State
Attorney General; CHARLES FELTS, Warden, FDC
Oakdale, Louisiana; BENEDICT I. FERRO,
Baltimore INS District Director; CHRISTINE G.
DAVIS, New Orleans INS District Director;
UNITED STATES DEPARTMENT OF JUSTICE,
Immigration and Naturalization Service,

                              Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-01-
4039-L)

---

Submitted: September 5, 2002      Decided: September 10, 2002

---

Before MOTZ, KING, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Duncan Victor Ayemere Idokogi, Appellant Pro Se. John Joseph
Curran, Jr., Attorney General, Mary Ann Rapp Ince, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Duncan Victor Ayemere Idokogi seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C. § 2254 (2000), and denying reconsideration. We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Idokogi has not made a substantial showing of the denial of a constitutional right. See Idokogi v. Ashcroft, No. CA-01-4039-L (D. Md. Mar. 25, 2002; Apr. 19, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). This dismissal is without prejudice to Idokogi's right to file a petition under 28 U.S.C. § 2241 (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2